IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

HEIDI E.,

    Plaintiff,                                        Case No.: 3:22-cv-282

vs.

COMMISSIONER OF THE SOCIAL        District Judge Michael J. Newman
SECURITY ADMINISTRATION,            Magistrate Judge Karen L. Litkovitz

    Defendant.

---

**ORDER: (1) GRANTING THE PARTIES' JOINT STIPULATION FOR AN AWARD OF ATTORNEY'S FEES, AND COSTS, UNDER THE EQUAL ACCESS TO JUSTICE ACT ("EAJA") (Doc. No. 18); AND (2) AWARDING EAJA ATTORNEY'S FEES AND COSTS IN THE TOTAL AMOUNT OF $6,202.00**

---

This Social Security disability benefits appeal is before the Court on the parties' joint stipulation for an award of attorney's fees, and costs, under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). Doc. No. 18. The parties have stipulated to an award of $5,800.00 in attorney fees and $402.00 in costs, for a total EAJA award of $6,202.00, in full satisfaction and settlement of any and all claims EAJA claims Plaintiff may have in the instant case. *Id*. For good cause shown and in light of the parties' joint stipulation, the Court: (1) **GRANTS** the parties' joint stipulation (doc. no. 18); and (2) **AWARDS** EAJA fees in the total amount of $6,202.00. As no further matters remain pending for review, this case remains **TERMINATED** upon the Court's docket.

    **IT IS SO ORDERED.**

    <u>April 26, 2024</u>                                  s/*Michael J. Newman*
                                                          Hon. Michael J. Newman
                                                          United States District Judge